```
                    UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

                                    JAN 02 2003

VINCENT MARTIN, et al.,          :
                                 :  Docket No. 1:01-CV-3255-TWT
                                 :
                                 :  Atlanta, Georgia
          v.                     :  December 13th, 2002
                                 :  2:40 p.m.
METRO ATLANTA RAPID TRANSIT      :
AUTHORITY, et al.,               :
                                 :
          Defendants             :

          TRANSCRIPT OF STATUS CONFERENCE
     BEFORE THE HONORABLE THOMAS W. THRASH,
          UNITED STATES DISTRICT JUDGE.

APPEARANCES:

For the Plaintiffs:     OFFICE OF GEORGIA KAY LORD
                        GEORGIA KAY LORD, Esq.

                        DISABILITY LAW and POLICY CENTER
                        HENRY TIMOTHY WILLIS, Esq.

For the Defendants:     PURSLEY, LOWERY & MEEKS
                        JOHN ROGER LOWERY, Esq.
                        KAREN MARGARET VAUGHAN, Esq.


Court Reporter:         Donna C. Keeble, RMR, CRR
                        1959 U.S. Courthouse
                        Atlanta, Georgia  30303-3361
                        (404) 215-1383


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription


                DONNA C. KEEBLE, Official Court Reporter