# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| VINCENT MARTIN, SHERMAN BAKER, EMPISH THOMAS, BRENT REYNOLDS, STEPHANIE C. DAVIS, And BETTY HASAN-AMIN, on behalf of themselves, and all other disabled Persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY and NATHANIEL P. FORD, SR., in his Official capacity as General Manager and Chief Executive Officer of the Metropolitan Atlanta Rapid Transit Authority, <br><br> Defendants. | Civil Action File No. <br><br> 1: 01-CV-3255-TWT |

FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

MAR 3 0 2005

LUTHER D. THOMAS, Clerk
By: /s/ 
Deputy Clerk

## CONSENT ORDER MODIFYING PERMANENT INJUNCTIVE RELIEF PROVISIONS AGAINST DEFENDANT MARTA

On December 24, 2002, this Court entered an Order Granting Preliminary Injunction Against Defendant MARTA, implementing certain specified procedures deemed appropriate following the Court's October 7, 2002 Order granting in part and denying in part Plaintiffs' Motion for a Preliminary Injunction Against

Defendant MARTA. On May 19, 2003, the prior Order on the request for a Preliminary Injunction was made the final order of the Court and the Court expressly retained jurisdiction over this matter.

Upon joint application of the parties and with the consent of Plaintiffs and Defendants as reflected by the signatures of their respective counsel, the Court has been requested to make certain modifications to the prior Order with respect to certain specific matters. Wherefore, for good cause shown and by consent, the Court's previous Order of December 24, 2002 as made permanent by this Court's Order of May 19, 2003 IS HEREBY ORDERED MODIFIED as follows:

Section VIII, Disciplinary Guidelines, is hereby amended to provide the additional provisions as follows:

1. With respect to rail operations:

- In those instances where an operator attempts to make station announcements over public address ("P.A.") system but does not make all the required announcements in accordance with ADA requirements:

    First offense:     Written warning
    Second offense:    Written warning with training
    Third offense:     Suspend three days
    Fourth offense:    Discharge

2. With respect to bus operations:

- In those instances where an operator makes a good faith attempt to make required or requested announcements but fails to make all such announcements:

    First offense:     Written warning
    Second offense:    Written warning with training
    Third offense:     Suspend three days
    Fourth offense:    Discharge

- In those instances where an operator makes a good faith attempt to secure a mobility device but fails to do so properly:

    First offense:     Written warning
    Second offense:    Written warning with training
    Third offense:     Suspend three days
    Fourth offense:    Discharge

SO ORDERED this __30__ day of __March__, 2005.


_____
THOMAS W. THRASH, JR.
United States District Judge
Northern District of Georgia, Atlanta Division


*Signatures continue.*

3

CONSENTED TO BY:

_____ (by GKL w/  
Georgia Kay Lord           express  
Georgia Bar No. 447982     permission)  
Lead Counsel for Plaintiffs

LAW OFFICE OF GEORGIA LORD
755 Commerce Drive, Suite 800
Decatur, Georgia 30030
(404) 601-4132
(404) 601-4133 fax

_____
John R. Lowery
Georgia Bar No. 460175
Counsel for Defendants

PURSLEY LOWERY MEEKS LLP
260 Peachtree Street
Suite 2000
Atlanta, Georgia 30303
(404) 880-7180
(404) 880-7199 fax

4