IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VINCENT MARTIN, et al | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION FILE |
| | : | NO.: 1:01-CV-3255-TWT |
| METROPOLITAN ATLANTA | : | |
| RAPID TRANSIT AUTHORITY, | : | |
| et al | : | |
| | : | |
| Defendants | : | |

**CONSENT ORDER FOR EXTENSION OF TIME FOR
PLAINTIFFS' TO FILE RESPONSE TO DEFENDANTS'
MOTION TO MODIFY ORDER GRANTING
PRELIMINARY INJUNCTION**

**COMES NOW,** the Plaintiffs and the Defendants and file this Consent Order

Extending the Time for Plaintiffs to File a Response to Defendants' Motion to Modify

Order Granting Preliminary Injunction, showing the Court as follows:

1.

Defendants' filed a Motion to Modify Order Granting Preliminary Injunction

on March 16, 2007.

2.

After two extensions, Plaintiffs' response is currently due on May 7, 2007.

3.

As discussed in the previous consent order, the parties are currently discussing the issues raised in the Motion in an attempt to reach an agreement on those issues. As such, Plaintiffs are in need of an additional seven (7) days in which to file their response.

WHEREFORE, for the foregoing reasons, IT IS HEREBY ORDERED that the Plaintiffs' Response to Defendants' Motion to Modify Order Granting Preliminary Injunction be extended for seven (7) days through and including May 14, 2007.

SO ORDERED THIS _____ day of _____, 2007.

_____
Thomas W. Thrash, Jr., Judge
United States District Court

CONSENTED TO BY:

*/s/ David C. Ates*
David C. Ates
State Bar No. 026281
DAVID ATES, P.C.
730 Peachtree Street, Suite 750
Atlanta, Georgia 30308
(404)969-4104

*/s/ John R. Lowery*
John R. Lowery
Georgia Bar No. 460175
Pursley Lowery Meeks, LLP
260 Peachtree Street, Suite 2000
Atlanta, Georgia 30308
404-880-7180