# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT
# ATLANTA DIVISION

| | |
|---|---|
| VINCENT MARTIN, SHERMAN BAKER, ) <br> BRENT REYNOLDS, STEPHANIE C. ) <br> DAVIS and BETTY HASIN-AMIN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN ATLANTA RAPID ) <br> TRANSIT AUTHORITY; NATHANIEL P. ) <br> FORD, in his official capacity as General ) <br> Manager and Chief Executive Officer of the ) <br> Metropolitan Atlanta Rapid Transit ) <br> Authority, ) <br> ) <br> ) <br> Defendants. ) | CIVIL ACTION FILE NO. <br> 1:01-CV-3255-TWT |

## PLAINTIFFS' MOTION TO ORDER
## DEFENDANTS TO SHOW CAUSE WHY DEFENDANTS
## SHOULD NOT BE HELD IN CONTEMPT

COME NOW the Plaintiffs and file this motion to order Defendants to show cause why the Defendants should not be held in contempt. In the alternative, the Plaintiffs ask the Court to consider whether other enforcement mechanisms may be necessary and appropriate.

As further set out in the brief that accompanies this motion, MARTA has failed to comply with the Court's prior orders regarding its paratransit services. The Court previously: 1) found that MARTA fell far short of meeting the requirements of the

1

Americans with Disabilities Act, 42 U.S.C.A. §§ 12101 (2008), et seq.;[1] 2) found that injunctive relief was necessary, and; 3) entered an injunction that contained very specific rules regarding the manner in which MARTA must operate its paratransit system. Although the Plaintiffs' counsel have faithfully monitored the system's performance and have repeatedly pressed for improved service, MARTA Paratransit's performance has not only consistently failed to meet the standards set in the Court's injunction but has sharply <u>declined</u> since the Court's injunction was entered.

The Plaintiffs submit that through this motion (and the accompanying brief and exhibits) they have made a prima facie showing of multiple, significant, and persistent violations of the Court's injunction. The Plaintiffs accordingly ask the Court to require the Defendants to show cause why they should not be held in contempt. If the Court holds Defendants in contempt, the Plaintiffs request that the Court grant the following relief:

1) Impose appropriate sanctions upon the Defendants until compliance is attained, including monetary sanctions designed to provide compensation to the MARTA Paratransit riders being denied the transportation services to which they are entitled;

2) Adopt a plan designed to bring the Defendants into compliance with the Court's existing injunction;

---
[1] Including, but not limited to, 42 USCA § 12143 (1990).

3) If necessary, revise the terms of the existing injunction to bring the operation of MARTA Paratransit into compliance with the Americans with Disabilities Act and its accompanying regulations;

4) In the alternative, impose any alternative enforcement mechanisms that the Court may find to be appropriate;

5) In the event MARTA fails or refuses to pay the attorney fees and expenses reasonably incurred in bringing this motion or conducting additional monitoring, to award reasonable fees and expenses pursuant to the existing orders and under 42 U.S.C. §§1988 & 12205;

6) Any other relief that may appear appropriate under the evidence presented during the show cause hearing; and,

7) Such other relief as the Court may deem appropriate.

Respectfully submitted this __13__ day of May, 2015.[2]

                                        ___/S/ Georgia K. Lord_____
                                        GEORGIA K. LORD
                                        Georgia Bar No. 447932

GEORGIA LORD LAW
75 Fourteenth Street
Suite 2840

---

[2] Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that this document has been prepared in compliance with Local Rule 5.1(B).

Atlanta, Georgia 30309
Telephone No. (404) 888-3738
Fax: (404) 888-3731
Email: Georgia@GeorgiaLordLaw.com

/S/ David C. Ates__
DAVID C. ATES
Georgia Bar No. 026281

DAVID ATES, P.C.
730 Peachtree Street, Suite 750
Atlanta, GA 30308
Telephone: (404) 382-5324
Facsimile: (404) 393-5082
Email: ates_david@live.com

/S/ William L. Nabors, Jr.__
WILLIAM L. NABORS, JR.
Georgia Bar No.

3355 Lenox Road Suite 750
Atlanta, GA 30326
Telephone: (678) 510-1730
Email: william@naborstrustlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| VINCENT MARTIN, SHERMAN BAKER, BRENT REYNOLDS, STEPHANIE C. DAVIS and BETTY HASIN-AMIN, on behalf of themselves and all other disabled persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY; NATHANIEL P. FORD, in his official capacity as General Manager and Chief Executive Officer of the Metropolitan Atlanta Rapid Transit Authority,<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:01-CV-3255-TWT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2015, I electronically filed the foregoing **Motion for Order to Show Cause** with the Clerk of the Court using the CM/ECF System and that Defendants' below listed Counsel received notification via the Court's electronic filing system:

Ms. Paula Morgan Nash
Chief of Litigation & Administration
MARTA Legal Department
2424 Piedmont Road, NE
Atlanta, GA 30324

5

/S/ David C. Ates
David C. Ates