IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENT MARTIN, SHERMAN BAKER, BRENT REYNOLDS, STEPHANIE C. DAVIS and BETTY HASIN-AMIN, on behalf of Themselves and all other disabled Persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY; NATHANIEL P. FORD, in his Official capacity as General Manager and Chief Executive Officer of the Metropolitan Atlanta Rapid Transit Authority, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) CIVIL ACTION ) ) ) FILE NO. 1:01-cv-3255-TWT ) ) ) ) ) ) ) ) ) ) |

## CONSENT ORDER

On July 26, 2017, the hearing on Plaintiffs' Motion to Show Cause as to Why Defendants should not be held in Contempt was completed and a post-hearing briefing schedule was established by the Court. It appearing that this schedule did not allow for the needed preparation of the hearing transcript and at the request of and with the consent of the parties, it is hereby ORDERED that the

[1]

time for submission of post-hearing briefs is set as follows: Defendants' initial brief shall be due on or before September 25, 2017; Plaintiffs' initial brief shall be due on or before October 25, 2017; and Defendants' reply brief shall be due on or before November 14, 2017.

SO ORDERED this 31st day of July, 2017.

**/s/Thomas W. Thrash**
THOMAS W. THRASH, JR.
United States District Judge

**CONSENTED TO BY:**

| /s/ Georgia K. Lord | /s/ John R. Lowery |
|---|---|
| Georgia K. Lord, Esq. | John R. Lowery, Esq. |
| Georgia Bar No. 447932 | Georgia Bar No. 460175 |
| *Attorney for Plaintiffs* | *Counsel for Defendants* |

GEORGIA LORD LAW
75 FOURTEENTH STREET
Suite 2840
Atlanta, Georgia 30309
Telephone: (404) 888-3738
Facsimile: (404) 888-3731
Georgia@GeorgiaLordLaw.com

MOZLEY FINLAYSON &
LOGGINS, LLP
One Premier Plaza
5606 Glenridge Drive, Suite 900
Atlanta, GA 30342
(404) 256-0700 telephone
(404) 250-9355 facsimile
jlowery@mfllaw.com
jwillis@mfllaw.com