**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION**

| | |
|---|---|
| VINCENT MARTIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>METROPOLITAN ATLANTA RAPID )<br>TRANSIT AUTHORITY; et al., )<br>Authority, )<br>)<br>)<br>Defendants. )  | CIVIL ACTION FILE NO.<br>1:01-CV-3255-TWT |

## NOTICE OF COUNSEL'S DEATH

Plaintiffs' counsel Georgia Lord and William Nabors hereby provide notice that their co-counsel, David C. Ates, of David Ates, P.C., died on October 10th, 2017.

Georgia Lord and William Nabors will continue to serve as counsel to the Plaintiffs in the above-styled case, together with attorney George P. Shingler, of Shingler Lewis, LLC.

Respectfully submitted this 9th day of January, 2018.[1]

GEORGIA K. LORD
Georgia Bar No. 447932

---

[1] Pursuant to Local Rule 7.1, undersigned counsel hereby certifies that this document has been prepared in compliance with Local Rule 5.1(B).

GEORGIA LORD LAW
75 Fourteenth Street
Suite 2840
Atlanta, Georgia 30309
Telephone No. (404) 888-3738
Fax: (404) 888-3731
Email: Georgia@GeorgiaLordLaw.com


                                        /S/ William L. Nabors, Jr.
                                       WILLIAM L. NABORS, JR.
                                       Georgia Bar No. 211644

3355 Lenox Road Suite 750
Atlanta, GA 30326
Telephone: (678) 510-1730
Email: william@naborstrustlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2018, I electronically filed the foregoing

pleadings, with the Clerk of the Court using the CM/ECF System and that Defendants'

below listed Counsel received notification via the Court's electronic filing system:

> Ms. Paula Morgan Nash
> Chief of Litigation & Administration
> MARTA Legal Department
> 2424 Piedmont Road, NE
> Atlanta, GA 30324
>
> Mr. John Roger Lowery
> Mozley Finlayson Loggins LLP
> One Premier Plaza
> 5605 Glenridge Drive Suite 900
> Atlanta, GA 30342

> GEORGIA K. LORD
> Georgia Bar No. 447932

GEORGIA LORD LAW
75 Fourteenth Street
Suite 2840
Atlanta, Georgia 30309
Telephone No. (404) 888-3738
Fax: (404) 888-3731
Email: Georgia@GeorgiaLordLaw.com