IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VINCENT MARTIN, SHERMAN BAKER, BRENT REYNOLDS, STEPHANIE C. DAVIS and BETTY HASIN-AMIN, on behalf of Themselves and all other disabled Persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY; KEITH PARKER, in his Official capacity as General Manager and Chief Executive Officer of the Metropolitan Atlanta Rapid Transit Authority,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO. 1:01-cv-3255-TWT |

## CONSENT ORDER

During mediation conducted on July 14th, 2017, the parties reached agreement on the portion of the Plaintiffs' May 13th, 2015, contempt petition arising from the Defendants' operation of the telephone reservations system for their MARTA Mobility service. The parties have since memorialized their agreement in the document attached as Exhibit A to this Consent Order.

[1]

The provisions set out in the paragraphs numbered 1, 2, 3 and 4 of the parties' agreement are hereby ADOPTED as Orders of this Court. Each party is ORDERED to abide by such provisions of their agreement.

The entry of this Agreement does not absolve any noncompliance or contempt arising from any injunction provisions not specifically addressed in the Agreement. All remaining issues that not specifically addressed in this Agreement remain before the Court for determination.

SO ORDERED this 1 day of February, 2018.

_____
THOMAS W. THRASH, JR.
United States District Judge

**CONSENTED TO BY:**

_____
Georgia K. Lord, Esq.
Georgia Bar No. 447932
Attorney for Plaintiffs

_____
John R. Lowery, Esq.
Georgia Bar No. 460175
Counsel for Defendants
(w/ express permission by GKL)

GEORGIA LORD LAW
75 FOURTEENTH STREET
Suite 2840
Atlanta, Georgia 30309
Telephone: (404) 888-3738
Facsimile: (404) 888-3731

MOZLEY FINLAYSON &
LOGGINS, LLP
One Premier Plaza
5606 Glenridge Drive, Suite 900
Atlanta, GA 30342
(404) 256-0700 telephone

[2]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
ATLANTA DIVISION

| | |
|---|---|
| VINCENT MARTIN, SHERMAN BAKER, BRENT REYNOLDS, STEPHANIE C. DAVIS and BETTY HASIN-AMIN, on behalf of themselves and all other disabled persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY; KEITH PARKER, in his official capacity as General Manager and Chief Executive Officer of the Metropolitan Atlanta Rapid Transit Authority,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:01-CV-3255-TWT |

## AGREEMENT

WHEREAS, a portion of the contempt petition filed by the Plaintiffs on May 13, 2015, sought relief regarding the manner in which the Defendants operated the telephone reservations system for their MARTA Mobility service; and,

WHEREAS, the parties participated in mediation on July 14th, 2017, with mediator Robert Dockson and neutral transit expert Russell Thatcher, in a good faith effort to resolve some or all of the disputes that exist between them; and,

WHEREAS, during that mediation session, the parties reached agreement on the portion of the Plaintiffs' May 13th, 2015, contempt petition arising from the Defendants' operation of the telephone reservations system for their MARTA Mobility service;

**NOW, THEREFORE,** the parties to the above-styled action hereby agree as follows:

1. On or before January 1, 2018, MARTA will make available to its MARTA Mobility passengers online services that permit them to book and cancel Mobility trips online.  The booking of trips may be limited to a saved list of frequent destinations, as MARTA must first load the geomapping of the destinations into the system before the destinations can be referenced for a trip request.  MARTA will offer this online reservations booking and cancellation service as an alternative method of making reservations; this online service will not replace telephone reservations, and Mobility customers will still have the option of phoning in their reservations and cancellations.

2. Effective July 1, 2017, MARTA will increase the number of budgeted phone reservations staff for MARTA Mobility from 13 to 16. MARTA will thereafter make good faith efforts to fill such positions quickly and keep them filled to the fullest extent possible with active duty employees.

3. On or before September 1, 2018, MARTA will shift from using a voicemail/callback system for calls to Mobility reservations on weekends and holidays to a system of answering calls with live operators, equivalent to the manner in which reservations calls are answered on week days. Passengers using the weekend reservations system will be able to make reservations for trips up to seven days in advance, rather than only being able to schedule trips for the next day, as is its current policy for weekend and holiday reservations. MARTA believes that this obligation will require it to increase budgeted slots for Mobility phone reservations staff, probably increasing them from 16 to 20 slots. MARTA's commitment to making this live reservations weekend and holiday reservations capacity available is not conditioned on the increased budgeted slots being approved hereafter by the MARTA Board.

4. MARTA will add to the information provided in its quarterly reports to the Plaintiffs reports of phone usage data that accurately reflects daily call volume and delay for each of the phone services involved in MARTA Mobility. MARTA will further provide such data electronically on calls per hour. MARTA shall also provide these quarterly call volume and delay reports to the MARTA Accessibility Committee.

5. MARTA will provide an option to MARTA Mobility callers holding on the phone lines for information or service to leave a message for a call back. Callers will be able to exercise this option throughout the waiting period.

6. The commitments set out in paragraphs 1 through 4, above, shall be incorporated into the existing injunction. This will allow for Court enforcement of the promises and the promised delivery dates for such commitments.

7. MARTA Mobility's rules governing subscription service will be changed to allow more passengers to book rides that occur on a recurring, regular schedule without having to call to schedule a trip each time. The rules on subscription service will be amended to allow for such service without the requirement of a minimum of three trips

per week. This change in subscription rules is intended to reduce the volume of calls received by Mobility reservations. The amount of subscription service permitted, however, shall continue to be subject to the limitations imposed by the ADA.

8. In consideration of the commitments MARTA makes in this agreement, the Plaintiffs agree to voluntarily dismiss the portion of their pending contempt petition that asserts violations of the existing injunction with regard to Mobility telephone services. The Plaintiffs further agree that they will not renew or re-file any motion or action seeking relief regarding Mobility reservations telephone services until April 1, 2018, or later. Notwithstanding the foregoing, the Plaintiffs retain the right to take any appropriate action to enforce the commitments MARTA makes in this agreement.

9. If MARTA achieves substantial compliance for at least a full nine months with these provisions and with the telephone provisions in section III(A) of the June 25, 2014, *Order Modifying MARTA's Injunctive Requirements*, MARTA will, on September 30, 2018 or thereafter, be entitled to have section III(A) removed from the order. Whether or not MARTA proves that it is entitled to have section III(A) removed from the order, MARTA's performance in this

regard will continue to be subject to applicable requirements of the Americans with Disabilities Act and regulations from the Federal Transit Administration.

10. The remaining issues presented in the contempt petition filed by the Plaintiffs on May 13, 2015, remain unresolved, to be determined either by subsequent agreement between the parties or determination by the Court.

CONSENTED TO:

_____       _____
For Plaintiffs                                                   for Defendants